IN RE:  ~~FILED~~  CASE NO. 05-81095

CHRISTOPHER DOUGLAS HOFFMAN  2011 JAN 14  PM 2:08   CHAPTER 7

    Debtor

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

REPORT OF UNCLAIMED
<u>DIVIDEND</u>

    Harold A. Corzin, Trustee herein, reports that check #10105 was issued on September 15, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #10110 to the Clerk of Courts in the amount of $11.47 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                    _____
                                    HAROLD A. CORZIN, TRUSTEE
                                    304 N. Cleveland-Massillon Road
                                    Akron, Ohio 44333
                                    (330) 670-0770
                                    (330) 670-0297 Facsimile
                                    Hcorzin@csu-law.com

January 10, 2011

cc: U. S. Trustee

Printed: 01/10/11 09:59 AM

# Stale Check Report

Page: 1

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 05-81095 - HOFFMAN, CHRISTOPHER DOUGLAS

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-00663989-67 | 10110 | 01/10/11 | U. S. BANKRUPTCY COURT | | | $11.47 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-00663989-67 | 1 | 10105 | 02/22/06 | 610 | KAUFMANNS<br>PO BOX 66955<br>ST LOUIS, MO 63166 | 1,029.88 | 1,029.88 | 11.47 | 11.47 |

*handwritten:* Ck #10110 receipt #82057

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

05-81095-mss   Doc 39   FILED 01/14/11   ENTERED 01/14/11 14:58:05   Page 2 of 2